NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARL D. HAYDEN,**

*Petitioner*

**v.**

**DEPARTMENT OF THE AIR FORCE,**

*Respondent*

---

2018-1589

---

Petition for review of the Merit Systems Protection Board in No. CH-4324-13-0534-M-1.

---

## JUDGMENT

---

STEPHEN J. SMITH, Schiff Hardin LLP, Washington, DC, argued for petitioner.

ERIN MURDOCK-PARK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by ALLISON KIDD-MILLER, ROBERT EDWARD KIRSCHMAN, JR., JOSEPH H. HUNT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>April 16, 2019</u>
Date

<u>/s/ Jarrett B. Perlow</u>
Jarrett B. Perlow
Chief Deputy Clerk